Joseph T. COOPER, Defendant Below-Appellant,

v.

STATE of Delaware, Plaintiff Below-Appellee.

No. 227, 2016

Supreme Court of Delaware.

Submitted: September 16, 2016

Decided: September 22, 2016

Court Below: Superior Court of the State of Delaware, Cr. ID 1510000403

GRANTED. AFFIRMED.

NISTAZOS HOLDINGS, LLC, Plaintiff Below, Appellant,

v.

MILFORD PLAZA ENTERPRISES, LLC, Defendant Below, Appellee.

No. 481, 2016

Supreme Court of Delaware.

Submitted: September 26, 2016

Decided: September 29, 2016

Court Below—Court of Chancery of the State of Delaware, C.A. No. 11859

REFUSED.